**HARDIE v. STATE.**

No. 26842.

Court of Criminal Appeals of Texas.

Feb. 24, 1954.

**THOMAS v. STATE.**

No. 26847.

Court of Criminal Appeals of Texas.

Feb. 24, 1954.

No attorney on appeal for appellant.

William H. Scott, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of aggravated assault, and his punishment was assessed at six months in jail and a fine of $25.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.